DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIN BILOTTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-683

[August 25, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 08-003720-CF-10B.

Matthew R. McLain of McLain Law, P.A., Longwood, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***